**IT IS ORDERED as set forth below:**

**Date: October 16, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-56316-JWC |
| JULIAN SYNERR ARNOLD and STACEY ENITA ARNOLD, | CHAPTER 13 |
| Debtors. | |
| TAARIQ HEAVEN, | ADVERSARY PROCEEDING NO. 18-5077-JWC |
| Plaintiff, | |
| v. | |
| JULIAN SYNERR ARNOLD, | |
| Defendant. | |

## ORDER TO SHOW CAUSE WHY DEBTOR'S COUNSEL, TALITHA FLEMING, SHOULD NOT BE HELD IN CONTEMPT

**THIS MATTER** is before the Court *sua sponte*. Julian Synerr Arnold ("Debtor" or "Defendant") filed a joint chapter 13 bankruptcy case with Stacey Enita Arnold on April 4, 2017. Taariq Heaven ("Plaintiff") filed the Complaint to Determine Debt Nondischargeable and to

1

Object to Debtor's Discharge on April 12, 2018 seeking to except from Defendant's discharge damages resulting from payment to Defendant for contracting work pursuant to 11 U.S.C. § 523(a)(3) and (a)(2), (a)(4), and (a)(6) (the "Complaint") (Doc. No. 1). Plaintiff filed a certificate of service showing service of the summons and Complaint upon Defendant on April 13, 2018 (Doc. No. 4). Defendant did not answer or otherwise respond, and Plaintiff filed a Motion for Default Judgment seeking entry of default and default judgment pursuant to Fed. R. Bankr. P. 7055 on May 25, 2018 (Doc. No. 5). The clerk entered default against Defendant on June 1, 2018. Defendant did not file a response to the Motion for Default Judgment.

The Court entered an order on September 19, 2018 denying default judgment as to both counts of the Complaint, and setting a status conference for hearing on Tuesday, October 16, 2018 at 10:00 a.m. in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia (the "Status Hearing").

As stated in that order, General Order 18-2015, applicable to Defendant's lead case as it was filed prior to December 1, 2017, provides that "[a]ttorneys representing debtors in Chapter 13 cases must represent the debtor in all matters related to the case which affect the debtor's interests unless the attorney is permitted to withdraw by order of the court." General Order 18-2015, ¶ 1. Further, Bankruptcy Local Rule 9010-4 states that "an attorney who files a petition initiating a case on behalf of a debtor … shall represent the debtor in all matters in the case, including contested matters and adversary proceedings, unless the Bankruptcy Court permits the attorney to withdraw in accordance with BLR 9010-5." Bankruptcy Local Rule 9010-5, in turn, provides that "[a]n attorney who has appeared in a case or adversary proceeding … must obtain permission from the Bankruptcy Court to withdraw as counsel, unless substitute counsel has made an appearance for that party." Although Defendant's counsel in his lead case has not specifically made an appearance

2

for Defendant in this adversary proceeding, neither has counsel sought permission from this Court to withdraw.

Because of the requirements of the Local Rules and General Order 18-2015, and because the prospect of a nondischargeable judgment of over $65,000 against Defendant certainly affects his interests, the Court ordered Defendant's counsel in his lead case, Talitha Fleming, to appear at the Status Hearing. That order was served via United States first class mail on Talitha S. Fleming at T. Fleming & Associates, LLC, Suite 180, 4751 Best Road, Atlanta, GA 30337. Talitha Fleming failed to appear at the Status Hearing despite this Court's order that she appear.  Accordingly,

**IT IS ORDERED** that Debtor's counsel, **Talitha S. Fleming**, appear before the Court on **Tuesday, October 23, 2018** at **10:30 A.M.**, in Courtroom **1203**, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia, to show cause why she should not be held in contempt and/or sanctioned for failing to appear at the Status Hearing.

### END OF DOCUMENT

3

## Distribution List

**Julian Synerr Arnold**
1995 Evergreen Drive SE
Conyers, GA 30013

**Stacey Enita Arnold**
1995 Evergreen Drive SE
Conyers, GA 30013

**Talitha S. Fleming**
T. Fleming & Associates, LLC
Suite 180
4751 Best Road
Atlanta, GA 30337

**Taariq Heaven**
c/o Brookhuis Law LLC
125 East Trinity Place
Suite 306
Decatur, GA 30030

**John Gerard Brookhuis**
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303