**IT IS ORDERED as set forth below:**

**Date: October 24, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-56316-JWC |
| JULIAN SYNERR ARNOLD and STACEY ENITA ARNOLD, | CHAPTER 13 |
| Debtors. | |
| TAARIQ HEAVEN, | ADVERSARY PROCEEDING NO. 18-5077-JWC |
| Plaintiff, | |
| v. | |
| JULIAN SYNERR ARNOLD, | |
| Defendant. | |

## **ORDER**

Taariq Heaven ("Plaintiff") initiated this adversary proceeding against Julian Synerr Arnold ("Debtor" or "Defendant") seeking a determination that a debt owed by Defendant is

1

nondischargeable pursuant to section 523 of the Bankruptcy Code. The Court finds this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I), and the Court has jurisdiction over the proceeding pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. For the reasons stated below, this adversary proceeding is dismissed without prejudice.

Defendant filed a chapter 13 bankruptcy case on April 4, 2017. Plaintiff filed a Complaint to Determine Debt Nondischargeable and to Object to Debtor's Discharge on April 12, 2018 seeking to except from Defendant's discharge damages resulting from payment to Defendant for contracting work pursuant to 11 U.S.C. § 523(a)(3) and (a)(2), (a)(4), and (a)(6) (the "Complaint") (Doc. No. 1). Plaintiff filed a certificate of service showing service of the summons and Complaint upon Defendant on April 13, 2018 (Doc. No. 4). Defendant did not answer or otherwise respond, and Plaintiff filed a motion for default judgment seeking entry of default and default judgment pursuant to Fed. R. Bankr. P. 7055 on May 25, 2018. The clerk entered default against Defendant on June 1, 2018, and Defendant did not file a response to the Motion.

On September 19, 2018, the Court entered an order denying Plaintiff's motion as to both counts and set a status hearing on October 16, 2018. Plaintiff's counsel, John Brookhuis, appeared for Plaintiff and orally moved the Court to reconsider its order denying default judgment. Plaintiff's counsel explained that Plaintiff was seeking a determination under both subsections of 11 U.S.C. § 523(a)(3).

The Court dismissed Defendant's chapter 13 case on October 19, 2018[1] without the Debtor receiving a discharge.[2] Thus none of Defendant's debt will be discharged in his lead bankruptcy case. Pursuant to 11 U.S.C. § 523(b), a determination that Plaintiff's debt is not dischargeable

---

[1] Main Case Doc. No. 64.
[2] See Main Case Docket, generally.

2

pursuant to 11 U.S.C. § 523(a)(3) in the current bankruptcy case would not bar Defendant from seeking to discharge such debts in a future bankruptcy case. Accordingly, Plaintiff's Complaint is moot.

Further, while "the dismissal of an underlying bankruptcy case does not automatically strip a federal court of jurisdiction over an adversary proceeding which was related to the bankruptcy case at the time of its commencement[,] the decision whether to retain jurisdiction over the adversary proceeding should be left to the sound discretion of the bankruptcy court[.]" *In re Morris*, 950 F.2d 1531, 1534 (11th Cir. 1992). In the exercise of its discretion, the Court elects not to retain jurisdiction of this dischargeability action. Therefore, it is

**ORDERED** that Plaintiff's oral motion for reconsideration is **DENIED**; and it is

**FURTHER ORDERED** that this adversary proceeding be, and it hereby is, **DISMISSED** without prejudice as to both Counts.

### END OF DOCUMENT

## Distribution List

**Julian Synerr Arnold**
1995 Evergreen Drive SE
Conyers, GA 30013

**Stacey Enita Arnold**
1995 Evergreen Drive SE
Conyers, GA 30013

**Talitha S. Fleming**
T. Fleming & Associates, LLC
Suite 180
4751 Best Road
Atlanta, GA 30337

**Taariq Heaven**
c/o Brookhuis Law LLC
125 East Trinity Place
Suite 306
Decatur, GA 30030

**John Gerard Brookhuis**
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303